UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NEKISHA SHELTON**, | ) | |
| | ) | |
| *Plaintiff*, | ) | **CIVIL ACTION NO.: 24-01348** |
| | ) | |
| v. | ) | |
| | ) | **JUDGE: GREG G. GUIDRY** |
| | ) | |
| **UNIVERSITY HEALTHCARE** | ) | **MAGISTRATE: JANIS VAN** |
| **SYSTEM, L.C.** | ) | **MEERVELD** |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, Nekisha Shelton, by and through undersigned counsel, respectfully moves this Court for leave to file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. The amended complaint seeks to provide additional factual detail that arose or were discovered after the original complaint was filed. to clarify specific allegations initially presented, and to add an additional cause of action for constructive discharge. These amendments are necessary to ensure that all relevant facts and claims are properly before the Court, facilitating a just and efficient resolution of this matter. In accordance with Local Rule 7.6, undersigned counsel for Plaintiff emailed counsel for the Defendant a copy of the proposed amended complaint to obtain Defendant's consent and did not receive a response.

**I.     BASIS FOR THE MOTION**

Plaintiff, a former employee of Defendant, originally filed her complaint alleging violations of Title VII (hostile work environment) and racial discrimination under Title VII and 42 U.S.C. § 1981. On September 4, 2024, Defendant filed a Motion to Dismiss under Rule 12(b)(6), arguing that the complaint failed to state a claim for relief as to the asserted causes of action.

In response, Plaintiff seeks to amend her complaint to clarify the factual basis for her claims and address issues raised by Defendant's motion to dismiss. Specifically, the proposed amendments include additional factual details and expanded allegations that are essential to ensuring the Court has a complete and accurate record. These amendments are made in good faith and are intended to strengthen the pleadings without introducing new legal claims.

## II. LEGAL STANDARD

Pursuant to Rule 15(a)(2), leave to amend pleadings shall be freely given when justice so requires (Foman v. Davis, 371 U.S. 178, 182 (1962)). The Fifth Circuit mandates a strong presumption in favor of granting leave to amend, recognizing that parties should be allowed to fully develop their claims (Mayeaux v. Louisiana Health Serv. & Indem. Co., 376 F.3d 420, 425 (5th Cir. 2004)). A court may only deny leave to amend under limited circumstances, such as bad faith, undue delay, dilatory motive, repeated failure to cure deficiencies, or undue prejudice to the opposing party (Wimm v. Jack Eckerd Corp., 3 F.3d 137, 139 (5th Cir. 1993)). None of these factors are present here.

## III. REQUEST FOR RELIEF

For these reasons, Plaintiff respectfully requests that the Court grant leave to file the First Amended Complaint, attached as a proposed pleading, to clarify the factual record and ensure the efficient resolution of all pending motions and issues in this case.

Respectfully Submitted,
**THE MINIAS LAW FIRM**

/s/ Christopher Minias
Christopher Minias Bar No.: 36230
Karl White Bar No.: 40991
1615 Poydras Street
Suite 900

New Orleans, LA 70112<br>
Telephone: (504) 777-7529<br>
Fax: (504) 566-2866<br>
***Attorneys for the Plaintiff,***<br>
***Nekisha Shelton***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, a copy of the foregoing Motion for Leave to File Plaintiff's First Amended Complaint and Proposed Order attached thereto, were served by ECF on all counsel who have appeared in this matter

      /s/ Christopher A. Minias
      CHRISTOPHER MINIAS